MARY A. HESLIN, RESPONDENT, v. METROPOLITAN LIFE
INSURANCE COMPANY, APPELLANT.

Submitted May 29, 1931—Decided October 19, 1931.

For the appellant, *McCarter & English*.

For the respondent, *Lintott, Kahrs & Young*.

PER CURIAM.

The judgment herein is affirmed by an equally divided court.

*For affirmance*—CAMPBELL, LLOYD, CASE, DONGES, VAN BUSKIRK, KAYS, DEAR, JJ. 7.

*For reversal*—THE CHIEF JUSTICE, TRENCHARD, PARKER, BODINE, DALY, HETFIELD, WELLS, JJ. 7.